UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAROLD STONIER, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Criminal No. 03-10146-JLT |
| | * | Civil Action No. 10-11547-JLT |
| UNITED STATE OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

ORDER

May 17, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the April 7, 2011 Report and Recommendation [#314] of Chief Magistrate Judge Dein. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's <u>Motion to Vacate, Set Aside, or Correct Sentence</u> [#299], as amended by Petitioner's <u>Motion for Leave to Amend 28 § 2255 Motion</u> [#309], <u>Motion to File an Amended Writ of Habeas Corpus</u> [#310], and <u>Memorandum Brief</u> [#311], is DENIED. This case remains CLOSED.

IT IS SO ORDERED.

                                                 /s/ Joseph L. Tauro
                                                 United States District Judge